UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.H., et al., : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-2253 (RBW) |
| : | |
| DISTRICT OF COLUMBIA, et.al., : | |
| Defendants. : | |
| : | |

## MOTION TO DISMISS

Plaintiffs, by and through counsel, respectfully request dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Plaintiffs originally filed this action on November 18, 2005, seeking review and remand of a Hearing Officer's Decision and Order, which was issued on August 23, 2005 by the District of Columbia Public Schools Student Hearing Office, pursuant to the Individuals with Disabilities Education Act ("IDEA") as amended, 20 U.S.C. §§ 1401-1419.

Plaintiffs have not yet served the complaint in this case on Defendants because Plaintiffs were making efforts to resolve this matter at the administrative level. Plaintiffs were seeking an amendment from the Student Hearing Officer to revise the order to correct typographical errors affecting the schedule for the delivery of compensatory education services.  With the consent of DCPS counsel, Plaintiffs were able to obtain this amended order from the Student Hearing Officer on November 23, 2005.

Therefore, Plaintiffs respectfully request that this civil action now be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Respectfully submitted,

/s/ Laura Macklin
Laura Macklin, #229740
Family Advocacy Clinic
Georgetown University Law Center
111 F Street, NW, Room 312
Washington, DC 20001
(202) 662-9580
Counsel for Plaintiff

Certificate of Mail Service

As noted above, the complaint in this action has been publicly filed, but not served on the defendants, pending the outcome of counsel's efforts to resolve the matter at the administrative level. Therefore, counsel for plaintiffs is providing a copy of this Motion to Dismiss, for informational purposes, to the following attorneys by first class mail this 14th day of February, 2006:

Mr. Edward Taptich
Chief, Equity Section
Office of the Attorney General
Civil Litigation Division
441 4th Street, N.W., 6th Floor
Washington, DC 20001

Ms. Erika Pierson
Acting General Counsel, Office of the General Counsel
District of Columbia Public Schools
825 North Capital Street, N.E., 9th Floor
Washington, DC 20002

Ms. Stephanie Ramjohn Moore
DC Public Schools Attorney-Advisor
Office of the General Counsel
825 North Capital Street, N.E., 9th Floor
Washington, DC 20002