UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
J.H., et al.,                              :
Plaintiffs,                           :
                                           :
v.                                         :     Civil Action No. 05-2253 (RBW)
                                           :
DISTRICT OF COLUMBIA, et.al.,     :
Defendants.                           :
_____:

## ORDER

Upon consideration of Plaintiffs' Motion to Dismiss pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is this _____ day of February, 2006

ORDERED that Plaintiffs' Motion to Dismiss is granted and this action is dismissed without prejudice.

_____
**JUDGE REGGIE B. WALTON**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Copies to:

Mr. Edward Taptich
Chief, Equity Section
Office of the Attorney General
Civil Litigation Division
441 4th Street, N.W., 6th Floor
Washington, DC 20001

Ms. Erika Pierson
Acting General Counsel, Office of the General Counsel
District of Columbia Public Schools
825 North Capital Street, N.E., 9th Floor
Washington, DC 20002

Ms. Stephanie Ramjohn Moore
DC Public Schools Attorney-Advisor
Office of the General Counsel
825 North Capital Street, N.E., 9th Floor
Washington, DC 20002

Laura Macklin
Family Advocacy Clinic
Georgetown University Law Center
111 F Street, NW, Room 312
Washington, DC 20001
(202) 662-9580
Counsel for Plaintiff